CLARA LUTZ, as Administratrix, etc., of HENRY W. LUTZ, Deceased, Respondent, v. OBERMEYER & LIEBMANN, Appellant.—The position of defendant's truck proceeding eastward on the northerly (left) side of Arlington avenue and thence turning to the left into Hale avenue before reaching the center of that street, cast on defendant the burden of excusing such departure from the rule of the road. We cannot say, against the verdict, that the excuse offered of the presence of other vehicles was sufficient for defendant's exoneration. In view of deceased's record for steady industry, and his future prospects, and the sole dependence of the widow and son on such earnings, the verdict of $10,000 is not so excessive as to call on us to interfere. The judgment and order are, therefore, unanimously affirmed, with costs. Present — Jenks, P. J., Thomas, Rich, Putnam and Kelly, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERNARD G. KOBLER, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Thomas, Rich, Putnam and Kelly, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES J. MCMURRAY, Relator, v. ARTHUR WOODS, as Police Commissioner of the City of New York, Respondent.— Determination confirmed and writ dismissed, with fifty dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ., concurred.

HERMAN L. RINGELMANN, Respondent, v. OSCAR DANIELS COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

SPRINGFIELD NATIONAL BANK, Respondent, v. EDWARD N. BREITUNG, and Another, Appellants, and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. It appears from the affidavit of plaintiff's attorney and his statement on the argument of the appeal, that the witnesses sought to be examined are really witnesses for the plaintiff, respondent, and that they will be present at the trial. This avoids the necessity for a commission or for a stay. Motion for stay denied. No opinion. Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ., concurred.

JAMES J. LYMAN, Respondent, v. PUTNAM COAL AND ICE COMPANY, INC., Appellant.— Motion denied, without costs. Present — Jenks, P. J., Putnam, Blackmar and Kelly, JJ.

HELEN F. LYNETT, Respondent, v. SEA BEACH RAILWAY COMPANY, Defendant, and NEW YORK CONSOLIDATED RAILROAD COMPANY, Appellant. — Motion for stay denied, and temporary stay vacated. Jenks, P. J., Putnam and Kelly, JJ., concurred; Blackmar, J., dissented.

MATT NAUYALIS, Appellant, v. PHILADELPHIA AND READING COAL AND IRON COMPANY, Respondent.— Motion denied, without costs. Present — Jenks, P. J., Putnam, Blackmar and Kelly, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK A. SAPORITO, Relator, v. The Honorable FRANK L. YOUNG, County Judge of Westchester County, Respondent. Motion for stay denied. Present — Jenks, P. J., Putnam, Blackmar and Kelly, JJ.